UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLENN PRICE,

    Plaintiff,

v.     Case No.:  8:21-cv-2788-CEH-DAB

KNAUF GIPS KG, KNAUF
PLASTERBOARD TIANJIN CO.
LTD. and KNAUF NEW
BUILDING SYSTEM (TIANJIN)
CO. LTD.,

    Defendants.
_____/

## **ORDER**

    This case is set for a settlement conference on July 9, 2024. The attorneys and other individuals participating in the settlement conference may bring telephones, laptops, or tablets into the courthouse for use during the settlement conference, subject to screening by the United States Marshals Service or its Court Security Officers. The parties are directed to present a copy of this Order when proceeding through the security checkpoint in the courthouse lobby. This Order will also apply to the settlement conferences to be held in the following case:

    8:21-cv-2783-SDM-DAB *Niemiec v. Knauf Gips, et al.*

**ORDERED** in Fort Myers, Florida this July 8, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2